IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| SANDRA ARGOE, | ) | No. 5:19-CV-00171-KDW |
| Plaintiff, | ) | |
| v. | ) | |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**CONSENT ORDER FOR PAYMENT OF FEES
PURSUANT TO 28 U.S.C. § 2412**

**IT IS STIPULATED** by and between the undersigned counsel, that Plaintiff shall be awarded attorney fees in the amount of **five thousand, eight hundred dollars and 00/100 cents ($5,800.00)** under the Equal Access to Justice Act ("EAJA") (28 U.S.C. § 2412(d)). Such award is made in full satisfaction of any and all claims for fees made pursuant to 28 U.S.C. § 2412. It is further agreed that while fees are payable to Plaintiff, such fees may be paid directly to Plaintiff's attorney, providing Plaintiff does not owe a debt subject to offset under the Treasury Offset Program, inasmuch as Plaintiff has agreed to assign her rights to such fees to her attorney.

**IT IS** on this third day of March, 2020;

**ORDERED** that Plaintiff be allowed a fee award under the EAJA in the amount of **five thousand, eight hundred dollars and 00/100 cents ($5,800.00)** in full satisfaction of Plaintiff's petition for the payment of fees made pursuant to 28 U.S.C. § 2412.; and it is further **ORDERED** that the within matter, be and hereby is, **DISMISSED** with prejudice. The court finds these fees reasonable. The Petition for EAJA Fees, ECF No. 21, is granted to the extent it is consistent with this consent order. The undersigned counsel have consented to the form and entry of this Order.

Respectfully submitted,

A. LANCE CRICK
Acting United States Attorney

/s/ J. Leeds Barroll                    By:    /s/ Marshall Prince
J. LEEDS BARROLL                               MARSHALL PRINCE (Federal ID # 5617)

    IT IS SO ORDERED.

March 3, 2020                                  Kaymani D. West
Florence, South Carolina                       United States Magistrate Judge